# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-20011 |
| ) | |
| COURTNEY WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On March 11, 2021, Magistrate Judge Eric I. Long filed a Report and Recommendation Concerning Plea of Guilty. (ECF No. 26). No written objections were filed. Therefore, this Court adopts the Report and Recommendation. The plea of guilty of the Defendant to Counts 1, 2, and 3 of the Indictment and the agreement to forfeit the items described in the notice of forfeiture are accepted. The Defendant is adjudged guilty of the offense.

The Sentencing Hearing remains set for July 12, 2021, at 1:00 PM in Urbana before Judge Michael M. Mihm.

ENTERED this 30th day of March, 2021.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge